# EXHIBIT 3

Our Table™ Whiskey Glasses (Set

bedbathandbeyond.com/store/product/our-table-trade-glencairn-whiskey-glasses-set-of-2/5599344

BED BATH & BEYOND | buybuy BABY | FACE VALUES

BED BATH & BEYOND

What product can we help you find?

sign in

gifting | holiday | shop by room | registry | inspiration

store & curbside pickup
New York City (Chelsea)

same day delivery
Order by 6pm

bedding | bath | kitchen | dining | storage & cleaning | curtains & window | home decor | baby & kids | outdoor | furniture | luggage pet & more | health & beauty | gifts | deals

Dining | Glasses & Drinkware | Cocktail Glasses | Our Table™ Whiskey Glasses (Set of 2)

Only at BB&B

OUR TABLE

# Our Table™ Whiskey Glasses (Set of 2)

5 Reviews | Write Review | Q&A

REGULAR
**$15.00**

BEYOND+ MEMBER
**$11.25** save up to $3.75 (25% OFF) Sign Up

Enjoy these **interest-free** payment options

**Free Shipping on Orders Over $19**

**FREE Store Pickup at TriBeca**
Ready in 1 hour

**Hurry! only**

FEED BACK

